IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SUNBELT RENTALS, INC.                                                    PLAINTIFF

V.                                          CIVIL ACTION NO.:_____

POLYCON USA, LLC                                                         DEFENDANT

## COMPLAINT

Plaintiff Sunbelt Rentals, Inc. ("Sunbelt") files this Complaint against Polycon USA, LLC ("Polycon").

### Parties

1.      Plaintiff Sunbelt is a corporation formed under the laws of North Carolina. Its principal place of business is in South Carolina.

2.      Defendant Polycon is an Alabama limited liability company. Upon information and belief, all of its members are adult resident citizens of Alabama.

### Jurisdiction

3.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the matter in controversy, including attorney's fees, exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

### Venue

4.      Venue is proper in this Court because "a substantial part of the property that is the subject of the action is situated" in the Southern Division of the Southern District of Alabama. *See* 28 U.S.C. § 1391(b)(2); 28 U.S.C. § 81(c)(2).

### Facts

5.      Sunbelt rents equipment to its customers for use primarily in construction projects.

6.    Polycon is a general contractor.

7.    On September 25, 2012, Susan T. Elliott, Secretary of Polycon, executed on Polycon's behalf a Sunbelt credit application (the "Application").

8.    A copy of the Application is attached as Exhibit 1.

9.    Sunbelt's approval of the Application established an open account through which Polycon could rent equipment from Sunbelt on credit.

10.    The contractual terms ("Open Account Terms") that apply to the open account are attached as Exhibit 2.

11.    During 2019, Sunbelt rented certain equipment (the "Equipment") to Polycon.

12.    Polycon did not fully pay Sunbelt the rental charges for the Equipment.

13.    Unpaid invoices (the "Invoices") reflecting the Equipment Polycon rented from Sunbelt and the associated rental fees are attached as Exhibit 3.

14.    An account summary that includes all of the Invoices is attached as Exhibit 4.

15.    Exhibit 4 reflects that, as of March 31, 2020, the total unpaid principal amount of the Invoices is $72,641.29 (the "Principal Amount").

16.    The Open Account Terms provide for a service charge that accrues at a rate of one and one-half percent (1.5%) per month on the balance of delinquent invoices until the invoices are fully paid.

17.    The Open Account Terms provide that Sunbelt can recover from Polycon the reasonable attorneys' fees and costs Sunbelt incurs to collect amounts Polycon owes Sunbelt.

18.    One project (the "Project") on which Polycon used some of the Equipment is a project located at 909 Cochrane Bridge Road, Yard 9, Blakely Island, Mobile, Alabama.

19.    All of the Equipment used by Polycon on the Project is referred to collectively herein as the "Project Equipment."

20.    Polycon did not fully pay Sunbelt for the use of the Project Equipment that Sunbelt rented to Polycon for the Project.

21.    The Open Account Terms incorporate all of the terms of Sunbelt's rental contract (the "Rental Contract") found on Sunbelt's website.

22.    An accurate copy of the Rental Contract is attached as Exhibit 5.

23.    Polycon also agreed to the terms of the Rental Contract when it accepted each piece of Equipment.

## COUNT 1 – BREACH OF CONTRACT

24.    Sunbelt incorporates the previous allegations contained in this Complaint.

25.    The Open Account Terms, the Rental Contract and the Invoices constitute the contract between Sunbelt and Polycon.

26.    Polycon breached that contract by not fully paying Sunbelt for its rental of the Equipment.

27.    Sunbelt suffered damages because of Polycon's breach of contract.

## COUNT 2 – ACTION ON OPEN ACCOUNT

28.    Sunbelt incorporates the previous allegations contained in this Complaint.

29.    Polycon owes Sunbelt $72,641.29 due by open account.

## COUNT 3 – UNJUST ENRICHMENT

30.    Sunbelt incorporates the previous allegations contained in this Complaint.

31.    Sunbelt furnished the Equipment under such circumstances that would render it unjust for Polycon to retain the benefit of said Equipment without paying for the same. As a result, Polycon is liable to Sunbelt for the value of such Equipment, under the theory of unjust enrichment.

## PRAYER FOR RELIEF

ACCORDINGLY, Sunbelt respectfully requests that the Court enter a judgment in Sunbelt's favor and against Defendant Polycon USA, LLC making Polycon liable to Sunbelt for the following:

a. the Principal Amount,

b. service charges that have accrued and that will continue to accrue until the Principal Amount and subsequent rental fees are fully paid,

c. all other damages Sunbelt has suffered,

d. Sunbelt's reasonable and necessary attorneys' fees and costs,

e. pre-judgment interest,

f. post-judgment interest, and

g. any other relief that the Court deems appropriate.

Dated: May 22, 2020.

Respectfully submitted,

SUNBELT RENTALS, INC.

By: /s/ Matthew A. Barley

Matthew A. Barley
BUTLER SNOW LLP
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Tel.: (205) 297-2153
Fax: (205) 297-2201
Email: Matt.Barley@butlersnow.com

*Attorney for Sunbelt Rentals, Inc.*

53081079.v1